COPY

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Wilkins, William W | 2. Court or Organization U.S.C.A., Fourth Circuit | 3. Date of Report 05/03/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judg (Active) | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address PO Box 10857 Greenville, SC 29603-0857 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each Part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Strom Thurmond Foundation |
| 2. | | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 4 11 28 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Charleston School of Law - teaching | $12,500.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | International Bar Association | Speaking at the 7th Transnational Crime Conference, June 10-13, Dublin, Ireland (transportation, meals, hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bonds, Fannie Mae | A | Interest | J | T | | | | | |
| 2. Stock, Templeton Growth Fund | B | Dividend | L | T | | | | | |
| 3. Money market, UBS | A | Dividend | K | T | | | | | |
| 4. Stock, First Horizon (fmrly First Tennessee Corp.) | C | Dividend | L | T | name change | 04-22 | | | |
| 5. Granite Village, Ltd Ptnership, Granite Falls, SC | | None | J | U | | | | | |
| 6. South Financial Corp., Stock | D | Dividend | N | T | | | | | |
| 7. Palmetto Bank, account | A | Interest | N | T | | | | | |
| 8. Van Kampen Merritt Municipal Trust Fund, Bonds | A | Interest | J | T | | | | | |
| 9. Seligman South Carolina Tax-Exempt Fund | A | Interest | K | T | | | | | |
| 10. Eaton Vance Municipals, Bonds | B | Interest | K | T | | | | | |
| 11. Washington Mutual Investors Fund, Stock | B | Dividend | M | T | | | | | |
| 12. AIM Aggressive Growth Fund, Mutual Funds | | None | J | T | | | | | |
| 13. Wachovia Securities, IRA | A | Dividend | L | T | | | | | |
| 14. American Services, Inc., Stock | E | Dividend | L | T | | | | | |
| 15. John Hancock Financial Ind. Fund | | None | J | T | | | | | |
| 16. Wells Fargo & Co., Stock | C | Dividend | L | T | | | | | |
| 17. Extended Stay America, Stock | A | Dividend | | | Sell | 03-08 | K | -0 | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Synovus Financial Corp., Stock | A | Dividend | K | T | | | | | |
| 19. Regions Financial Corp., Stock | A | Dividend | K | T | | | | | |
| 20. Boeing Co., Stock | A | Dividend | L | T | | | | | |
| 21. Abbott Laboratories, Stock | A | Dividend | K | T | | | | | |
| 22. New Commerce Bancorp, Stock | | None | K | T | | | | | |
| 23. American Express, IRA | A | Dividend | M | T | | | | | |
| 24. UIT First Trust, Unit Investment Trust | A | Interest | K | T | | | | | |
| 25. JP Morgan Chase (fmrly Bank One Corp.), Stock | B | Dividend | K | T | merger | 07-02 | K | -0 | |
| 26. Fannie Mae, Stock | B | Dividend | K | T | | | | | |
| 27. Waste Management, Inc., Stock | B | Dividend | L | T | | | | | |
| 28. Grey Wolf, Inc., Stock #1 | | None | K | T | partial sale | 10-06 | K | C | |
| 29. Real prop, Court St, Greenville, SC | | None | | | sell | 11-12 | M | F | |
| 30. Grey Wolf, Inc., Stock #2 | | None | K | T | partial sale | 10-06 | J | B | |
| 31. EMC Corp., Stock #1 | | None | J | T | | | | | |
| 32. Intel Corp., Stock | A | Dividend | J | T | | | | | |
| 33. Patterson-UTI, Stock | A | Dividend | J | T | | | | | |
| 34. Unocal Corp., Stock | A | Dividend | J | T | | | | | |
| 35. Western Carolina, Bonds | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Growth Fund, Bonds | A | Dividend | L | T | | | | | |
| 37. GMAC, Bonds | B | Interest | K | T | | | | | |
| 38. Walt Disney Co., Stock | A | Dividend | L | T | | | | | |
| 39. Wachovia Corp., Stock | B | Dividend | L | T | | | | | |
| 40. Greater Bay Bancorp, Stock | A | Dividend | J | T | | | | | |
| 41. Pacific Capital Bancorp, Stock | A | Dividend | K | T | | | | | |
| 42. Gillette Co., Stock | A | Dividend | J | T | | | | | |
| 43. Omi Corp., Stock | A | Dividend | L | T | partial sale | 04-21 | L | F | |
| 44. Home Depot, Stock | A | Dividend | J | T | | | | | |
| 45. Sepracor, Inc., Stock | | None | | | sell | 12-23 | J | B | |
| 46. Ford Motor, Stock #1 | A | Dividend | K | T | | | | | |
| 47. Goodrich Corp., Stock | B | Dividend | L | T | | | | | |
| 48. Loews Corp., Stock | B | Dividend | K | T | | | | | |
| 49. Texas Instruments, Stock #1 | A | Dividend | K | T | | | | | |
| 50. Tyco International, Stock #1 | A | Dividend | K | T | | | | | |
| 51. Circuit City, Stock | A | Dividend | K | T | | | | | |
| 52. Liberty All Star Equity Fund | A | Dividend | J | T | | | | | |
| 53. Evergreen Money Fund (fmrly Dryden Tax-Free Money Fund) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. Allied Waste, Stock | | None | L | T | | | | | |
| 55. Charming Shoppes, Stock | | None | K | T | | | | | |
| 56. Hanover Compressor, Stock | | None | J | T | partial sale | 10-06 | J | C | |
| 57. Koninklijke Philips, Stock | A | Dividend | K | T | | | | | |
| 58. Rite Aid, Stock #1 | | None | K | T | | | | | |
| 59. Tenet Healthcare, Stock | | None | K | T | | | | | |
| 60. Amgen, Inc., Stock | | None | J | T | | | | | |
| 61. Ford Motor, Stock #2 | A | Dividend | J | T | | | | | |
| 62. Texas Instruments, Stock #2 | A | Dividend | J | T | | | | | |
| 63. Tyco International, Stock #2 | A | Dividend | K | T | | | | | |
| 64. XM Satellite, Stock | | None | J | T | | | | | |
| 65. Harleys Financial, Stock | | None | J | T | | | | | |
| 66. A Services Group, Stock | | None | | | liquidated | 09-23 | J | -0 | |
| 67. Vivian Wong, LLC | | None | J | T | | | | | |
| 68. Charleston County, Bonds | C | Interest | M | T | | | | | |
| 69. Fairforest of Greenville, LLC | | None | J | T | | | | | |
| 70. Bell Road, LLC | | None | J | T | | | | | |
| 71. Agco Corp., Stock #1 | | None | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | A. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 72. EMC Corp., Stock #2 | | | None | L | T | | | | | |
| 73. Juniper Networks, Stock | | | None | L | T | | | | | |
| 74. Lone Star Technologies, Stock | | | None | K | T | partial sale | 10-06 | L | E | |
| 75. Massey Energy Corp., Stock | | A | Dividend | K | T | partial sale | 10-06 | K | E | |
| 76. Nicholas-Applegate Fund, Stock | | C | Dividend | K | T | | | | | |
| 77. Nortel Networks Corp., Stock | | | None | L | T | | | | | |
| 78. Pfizer, Inc., Stock | | A | Dividend | K | T | | | | | |
| 79. Providian Financial, Stock #1 | | | None | K | T | | | | | |
| 80. Regal Entertainment, Stock | | A | Dividend | K | T | | | | | |
| 81. Legg Mason, money market | | A | Dividend | M | T | | | | | |
| 82. Dreyfuss Premier, mutual fund | | A | Dividend | L | T | | | | | |
| 83. Providian Financial, Stock #2 | | | None | J | T | | | | | |
| 84. Agco Corp., Stock #2 | | | None | J | T | | | | | |
| 85. Rite Aid, Stock #2 | | | None | J | T | | | | | |
| 86. Calvert Investments, money mkt | | A | Dividend | N | T | | | | | |
| 87. Federated Muni, money mkt | | B | Dividend | O | T | | | | | |
| 88. Duke Energy, Bonds | | A | Interest | J | T | | | | | |
| 89. Greenville County Airport, Bonds | | A | Interest | L | T | part.rdmptn | 10-01 | J | -0 | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P3 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 90. Horry County, Bonds | B | Interest | K | T | | | | | |
| 91. Mt. Pleasant 3.0, Bonds | B | Interest | L | T | | | | | |
| 92. Mt. Pleasant 3.875, Bonds | B | Interest | K | T | | | | | |
| 93. SC EPA Charleston, Bonds | A | Interest | | | redemption | 03-01 | K | -0 | |
| 94. SC State Hwy, Bonds | B | Interest | L | T | | | | | |
| 95. Hartford Leaders, Annuity | | None | M | T | | | | | |
| 96. Real prop, Oconee County | | None | M | T | | | | | |
| 97. MetLife Whole Life Policy | A | Dividend | J | T | | | | | |
| 98. University of S.C., bonds (NEW) | B | Interest | L | T | buy | 07-23 | L | | |
| 99. Banco Santander, CD (NEW) | A | Interest | K | T | buy | 06-09 | K | | |
| 100. Rydex Juno, mutual fund (NEW) | | None | J | T | buy | 04-15 | J | | |
| 101. Targeted Genetics, stock (NEW) | | None | J | T | buy | 02-10 | J | | |
| 102. World Acceptance, stock (NEW) | | None | K | T | buy | 02-20 | K | | |
| 103. Hospira, Inc., stock (NEW) | | None | J | T | spinoff | 05-03 | J | A | |
| 104. Hydril, stock (NEW) | | None | K | T | buy | 11-30 | K | | |
| 105. Krispy Kreme, stock (NEW) | | None | J | T | buy | 03-30 | K | | |
| 106. American Investigative, stock (NEW) | | None | J | T | buy | 12-06 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I. POSITIONS: I serve on a committee which reviews applications and awards scholarships from the Strom Thurmond Foundation to students attending colleges in S. C. I receive no compensation for this work, nor has any member of my family ever benefited in any way from this Foundation.

VII(13): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by Wachovia Securities without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(23): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by American Express without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(96): The purchase price of this real estate was $135,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 3, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544